IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE LUIS LEBRON ALGORRI
MARIA DEL CARMEN RODRIGUEZ -
MARTINEZ

DEBTORS

CASE NO 18-01762 ESL

CHAPTER 13

DEBTORS' NOTICE OF FILING OF *AMENDED SCHEDULES "A/B" and "C"*

TO THE HONORABLE COURT:

COME NOW, JOSE LUIS LEBRON ALGORRI and MARIA DEL CARMEN RODRIGUEZ MARTINEZ, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors are hereby submitting **Amended Schedules "A/B" and "C"**, dated May 07, 2018, herewith and attached to this motion.

2. The amendment to Schedule "A/B" is filed to disclose a 1/6th inheritance interest owned by the Debtor Jose Luis Lebron Algorri in a residential real property owned by Sucesion Domitila Alorri, Part 4, Item 32. The amendment to Schedule "C" is filed to claim the appropriate exemption, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**
Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-

Notice of Amended Schedules "A/B" & "C"
Case no. 18-01762 ESL13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 07th day of May, 2018.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case and this filing:

Debtor 1: **JOSE LUIS LEBRON ALGORRI**
First Name / Middle Name / Last Name

Debtor 2: **MARIA DEL CARMEN RODRIGUEZ MARTINEZ**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 3:18-bk-1762

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

**1.1**

URB VILLA BORINQUEN G6 CALLE CEMI
Street address, if available, or other description

CAGUAS    PR    00725
City       State  ZIP Code

County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$102,000.00**
Current value of the portion you own? **$102,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**FEE SIMPLE**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtors owns a residential real property located at Villa Borinquen G6 Calle Cemi Caguas Puerto Rico; property consists of three (3) bedrooms, two 1/2 (2.5) bathrooms, living room, dining room, Kitchen and carpot/garage.

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................=>    **$102,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Official Form 106A/B                    Schedule A/B: Property                    page 1
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1 **LEBRON ALGORRI, JOSE LUIS & RODRIGUEZ MARTINEZ,**
Debtor 2 **MARIA DEL CARMEN**

Case number *(if known)* 3:18-bk-1762

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

**3.1**
Make: Mitsubishi
Model: Montero
Year: 1998
Approximate mileage: 168108
Other information:
VIN no JA4LS31P5WP022610
Miliage 168,108

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $838.00
Current value of the portion you own? $838.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................=>  $838.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

| Misc Household Goods and Furnishings | $4,000.00 |

**7. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

| Two (2) TV Sets ($250 x 2 = $500) | $500.00 |
| One (1) Laptop | $250.00 |

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe.....

| Perfume Sampler Collection (500 items) | $700.00 |

**9. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

Official Form 106A/B        Schedule A/B: Property        page 2
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1 **LEBRON ALGORRI, JOSE LUIS & RODRIGUEZ MARTINEZ,**
Debtor 2 **MARIA DEL CARMEN**　　　　　　　　　　　　　　Case number *(if known)* **3:18-bk-1762**

**10. Firearms**
　*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
　■ No
　☐ Yes. Describe.....

**11. Clothes**
　*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
　☐ No
　■ Yes. Describe.....
　　Clothing and personal effects　　　　　　　　　　　　　　　　　$800.00

**12. Jewelry**
　*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
　☐ No
　■ Yes. Describe.....
　　Jewelry　　　　　　　　　　　　　　　　　　　　　　　　　　　$200.00

**13. Non-farm animals**
　*Examples:* Dogs, cats, birds, horses
　■ No
　☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
　■ No
　☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................　　$6,450.00

---

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?　　　　Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
　*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
　■ No
　☐ Yes.....

**17. Deposits of money**
　*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
　☐ No
　■ Yes..........................
　　　　　　　　　　　　　　　　　Institution name:
　　　　　　　　　　　　　　　　　Banco Popular de Puerto Rico
　　　　　　　　　　　　　　　　　Joint Checking Account no X4903
　　　17.1.　Checking Account　　Checking Account　　　　　　　　$9.35

**18. Bonds, mutual funds, or publicly traded stocks**
　*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
　■ No
　☐ Yes..................　Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
　■ No
　☐ Yes. Give specific information about them..................
　　　　Name of entity:　　　　　　　　　　% of ownership:

Official Form 106A/B　　　　　Schedule A/B: Property　　　　　　　　page 3
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1 LEBRON ALGORRI, JOSE LUIS & RODRIGUEZ MARTINEZ,
Debtor 2 MARIA DEL CARMEN                                                                 Case number *(if known)* 3:18-bk-1762

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:     Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes.                                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............     Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

Official Form 106A/B                     Schedule A/B: Property                     page 4
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1 **LEBRON ALGORRI, JOSE LUIS & RODRIGUEZ MARTINEZ,**
Debtor 2 **MARIA DEL CARMEN**                                                                        Case number *(if known)* **3:18-bk-1762**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
       Company name:                                 Beneficiary:                                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ■ Yes. Give specific information..

    > Tne Debtor has a 1/6th hereditary interest in a real property owned by Sucesion Domitila Algorri-Brugueras composed of 6 heirs; this is a residential duplex-single family house structure with two (2) bedrooms and one (1) bathroom built on a 232 sq mtrs lot of land located at Residencial Bairoa DP6 41st Street Caguas, Puerto Rico; the property serves as collateral to a mortgage loan with Banco Popular de PR which is being paid by the loan's co-maker Marisol Valle, the loan's principal balance, as of the date of filing the present Chapter 13 petition, is $30,632.90; the market value of this property is $85,000.00 - $30,632.90 = $54,367.10/6 = $9,062.00.

    $9,062.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................    **$9,071.35**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

Official Form 106A/B                        Schedule A/B: Property                                           page 5
Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1 **LEBRON ALGORRI, JOSE LUIS & RODRIGUEZ MARTINEZ,**
Debtor 2 **MARIA DEL CARMEN**

Case number *(if known)* **3:18-bk-1762**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

    | Royal Holiday Vacation Club Time Share | $1,000.00 |

54. Add the dollar value of all of your entries from Part 7. Write that number here ......................... $1,000.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................................................. $102,000.00
56. Part 2: Total vehicles, line 5    $838.00
57. Part 3: Total personal and household items, line 15    $6,450.00
58. Part 4: Total financial assets, line 36    $9,071.35
59. Part 5: Total business-related property, line 45    $0.00
60. Part 6: Total farm- and fishing-related property, line 52    $0.00
61. Part 7: Total other property not listed, line 54    + $1,000.00

62. **Total personal property.** Add lines 56 through 61...    $17,359.35    Copy personal property total    $17,359.35

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $119,359.35

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | JOSE LUIS LEBRON ALGORRI |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:18-bk-1762 |

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| URB VILLA BORINQUEN G6 CALLE CEMI CAGUAS PR, 00725 Line from *Schedule A/B*: 1.1 | $102,000.00 | ■ $40,256.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Mitsubishi Montero 1998 168108 Line from *Schedule A/B*: 3.1 | $838.00 | ■ $838.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Misc Household Goods and Furnishings Line from *Schedule A/B*: 6.1 | $4,000.00 | ■ $4,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Two (2) TV Sets ($250 x 2 = $500) Line from *Schedule A/B*: 7.1 | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 1 of 3

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| One (1) Laptop<br>Line from Schedule A/B: 7.2 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Perfume Sampler Collection (500 items)<br>Line from Schedule A/B: 8.1 | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Clothing and personal effects<br>Line from Schedule A/B: 11.1 | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Jewelry<br>Line from Schedule A/B: 12.1 | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Banco Popular de Puerto Rico Joint Checking Account no X4903 Checking Account<br>Line from Schedule A/B: 17.1 | $9.35 | ■ $9.35<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Tne Debtor has a 1/6th hereditary interest in a real property owned by Sucesion Domitila Algorri-Brugueras composed of 6 heirs; this is a residential duplex-single family house structure with two (2) bedrooms and one (1) bathroom built on a 232 sq mtrs lot<br>Line from Schedule A/B: 32.1 | $9,062.00 | ■ $9,062.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Royal Holiday Vacation Club Time Share<br>Line from Schedule A/B: 53.1 | $1,000.00 | ■ $563.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $160,375?
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☐ Yes

Official Form 106C             Schedule C: The Property You Claim as Exempt             page 2 of 3
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify your case:

Debtor 1 _____
           First Name      Middle Name      Last Name

Debtor 2 **MARIA DEL CARMEN RODRIGUEZ MARTINEZ**
(Spouse if, filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number 3:18-bk-1762
(if known)

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|

**Debtor 2 Exemptions**
Brief description: _____
Line from *Schedule A/B*: _____

_____    ☐ _____
          ☐ 100% of fair market value, up to any applicable statutory limit

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case:

Debtor 1: **JOSE LUIS LEBRON ALGORRI**
First Name / Middle Name / Last Name

Debtor 2: **MARIA DEL CARMEN RODRIGUEZ MARTINEZ**
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 3:18-bk-1762
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JOSE LUIS LEBRON ALGORRI
JOSE LUIS LEBRON ALGORRI
Signature of Debtor 1

Date May 7, 2018

X /s/ MARIA DEL CARMEN RODRIGUEZ MARTINEZ
MARIA DEL CARMEN RODRIGUEZ MARTINEZ
Signature of Debtor 2

Date May 7, 2018

Label Matrix for local noticing
0104-3
Case 18-01762-ESL13
District of Puerto Rico
Old San Juan
Mon May  7 07:53:35 AST 2018

BANCO POPULAR DE PUERTO RICO
MARTINEZ & TORRES LAW OFFICES, P.S.C.
PO Box 192938
SAN JUAN, PR 00919-3409

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Asociacion de Residentes Villa Borinquen
Villa Borinquen J13 Guatibiri
Caguas, PR 00725-8019

Att Services
PO Box 192830
San Juan, PR  00919-2830

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Banco Popular de Puerto Rico
Mortgage Servicing Department
PO Box 362708
San Juan, PR  00936-2708

Banco Popular de Puerto Rico
PO Box 71375
San Juan, PR  00936-8475

Citifinacial
PO Box 499
Hanover, MD  21076-0499

Citifinancial
605 Munn Rd E
Fort Mill, SC  29715-8421

Lcdo. Luis R. Vivas Ugartemendia
Ave Esmeralda
469 Condominio Plz
Guaynabo, PR  00969-4282

Lcdo. Reinaldo Cintron Flores
Box 4133
Bayamon, PR  00958-1133

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA  92108-2709

Midland Funding LLC
2365 Northside Dr # 300
San Diego, CA  92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI  48090-2011

Royal Holiday
PO Box 29352
Phoenix, AZ  85038-9352

Syncb/walmar
PO Box 965024
Orlando, FL  32896-5024

JOSE LUIS LEBRON ALGORRI
URB VILLA BORINQUEN G6 CALLE  CEMI
CAGUAS, PR 00725-8009

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MARIA DEL CARMEN RODRIGUEZ MARTINEZ
URB VILLA BORINQUEN G6 CALLE  CEMI
CAGUAS, PR 00725-8009

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

End of Label Matrix
Mailable recipients     21
Bypassed recipients      0
Total                   21