B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico (Old San Juan)

IN RE:  
Debtors: JOSE LUIS LEBRON ALGORRI and MARIA DEL CARMEN RODRIGUEZ MARTINEZ

Case No.: 18-01762  
Loan Number (Last 4): 2184

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Legacy Mortgage Asset Trust 2019-PR1 Serviced by Select Portfolio Servicing, Inc. | Banco Popular as servicing agent of Wilmington Sav |
| Name of Transferee | Name of Transferor |
| PO Box 65250 Salt Lake City, UT 84165 | Court Claim # (if known): 5 |
| | Amount of Claim: $66,056.41 |
| | Date Claim Filed: 05/16/2018 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 3787 |
| Last Four Digits of Acct #: 2184 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.  
Attn: Remittance Processing  
PO Box 65450  
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602  
Last Four Digits of Acct #: 2184

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley  
InfoEx, LLC, as authorized filing agent  
(Approved by: Kiara Richardson)

Date: 02/17/2020

Specific Contact Information:  
Kiara Richardson - BK Specialist  
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

488714-9210cee6-1105-429e-a1fe-32734262e9fe